EVELYN MURPHY (Formerly EVELYN O'DONNELL), Respondent, and JAMES MURPHY, Plaintiff, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Defendant, and WELSH BROS. CONTRACTING CO., INC., Appellant.— The respondent, a passenger in a trolley car owned and operated by defendant Brooklyn & Queens Transit Corporation, was injured in a collision between the trolley car and a truck owned by the appellant, Welsh Bros. Contracting Co., Inc., and operated by its employee. Upon the trial the jury returned a verdict in favor of defendant Brooklyn & Queens

Transit Corporation and against the Welsh Bros. Contracting Co., Inc., from which the latter appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.